# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2018

## NO. 03-17-00889-CV

### V. C. and R. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on December 6, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.